Tri-Boro Enterprises, Inc., Appellant, v. Roger & McCay, Inc., et al., Respondents.

Brennan, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.